IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| AVITUS, INC.,<br><br>　　Plaintiff/Counter-Defendant,<br><br>　vs.<br><br>NEA DELIVERY, LLC and<br>NICHOLAS BULCAO, individually,<br><br>　　Defendants/Counter-Claimants,<br><br>_____<br><br>AVITUS, INC.,<br><br>　　Third-Party Plaintiff,<br><br>　vs.<br><br>AMERICAN ZURICH INSURANCE<br>COMPANY,<br><br>　　Third-Party Defendant. | CV 17-69-BLG-TJC<br><br><br>**ORDER** |

On March 23, 2018, the Court held oral argument with respect to defendants/counter-claimants NEA Delivery, LLC's and Nicholas Bulcao's (collectively, "Defendants") Motion for a Mandatory Preliminary Injunction. (Doc. 21.) For reasons stated on the record at oral argument, the Court finds that Defendants have failed to satisfy any of the four necessary elements for the

1

issuance of a preliminary injunction set forth in *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7, 20 (2008). Accordingly,

IT IS ORDERED that Defendants' Motion for a Mandatory Preliminary Injunction (Doc. 21) is **DENIED**.

DATED this 23rd day of March, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge