IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| AVITUS, INC., | CV 17-69-BLG-TJC |
| Plaintiff/Counter-Defendant, | |
| vs. | **ORDER** |
| NEA DELIVERY, LLC and NICHOLAS BULCAO, individually, | |
| Defendants/Counter-Claimants, | |
| _____ | |
| AVITUS, INC., | |
| Third-Party Plaintiff, | |
| vs. | |
| AMERICAN ZURICH INSURANCE COMPANY, | |
| Third-Party Defendant. | |

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED that within thirty days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order

///

1

dismissing the case.

DATED this 25th day of October, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge