T. Thomas Singer
Walter D. Clapp
Axilon Law Group, PLLC
115 North Broadway, Ste. 310
P.O. Box 987
Billings, MT 59103-0987
Telephone: (406) 294-9466
Facsimile: (406) 294-9468
tsinger@axilonlaw.com
wclapp@axilonlaw.com

*Attorneys for Avitus, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| AVITUS, INC., | Cause No. CV 17-69-BLG-TJC |
| Plaintiff/Counter-Defendant, | |
| vs. | |
| NEA DELIVERY, LLC and NICHOLAS BULCAO, individually, | **STIPULATION FOR DISMISSAL** |
| Defendants/Counter-Claimants, | |
| and | |
| AMERICAN ZURICH INSURANCE COMPANY, | |
| Defendant. | |

The parties, having settled the above-entitled matter, stipulate to the

dismissal of all claims and counterclaims asserted in this matter only with

prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 26th day of November, 2018.

/s/ T. Thomas Singer

T. Thomas Singer
Axilon Law Group, PLLC
*Attorneys for Avitus, Inc.*

/s/ Daniel Ball

Daniel Ball
Hendrickson Law Firm, P.C.
*Attorneys for NEA Delivery, LLC, and*
*Nicholas Bulcao*

/s/ Kelly J. C. Gallinger

Kelly J. C. Gallinger
Aaron M. Dunn
Brown Law Firm, P.C.
*Attorneys for American Zurich Insurance*
*Company*