IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| AVITUS, INC., <br><br> Plaintiff/Counter-Defendant, <br><br> vs. <br><br> NEA DELIVERY, LLC and <br> NICHOLAS BULCAO, individually, <br><br> Defendants/Counter-Claimants, <br> _____ <br><br> AVITUS, INC., <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> AMERICAN ZURICH INSURANCE <br> COMPANY, <br><br> Third-Party Defendant. | CV 17-69-BLG-TJC <br><br> **ORDER OF DISMISSAL** <br> **WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal (Doc. 82), and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED this 27th day of November, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1